| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| ERIC BLUE and KATRINA BLUE, § § § Plaintiffs, § § *versus* § § WRIGHT NATIONAL FLOOD § INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 1:18-CV-499 |

**MEMORANDUM ORDER**

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On February 10, 2020, Judge Giblin issued a report and recommendation on the defendant's motion for summary judgment. He recommended that the Court grant the motion.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court ORDERS that the report and recommendation (#15) is ADOPTED. The Court further ORDERS that the defendant's motion for summary judgment (#13) is GRANTED. Summary judgment is entered in favor of the defendant, Wright National Flood Insurance Company. The plaintiffs' claims are accordingly dismissed in their entirety, with prejudice. The Court will enter final judgment separately.

SIGNED at Beaumont, Texas, this 28th day of February, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE